IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELE CAROLAN and
FRANCIS CAROLAN,

        Plaintiffs,

v.

PROGRESSIVE ADVANCED
INSURANCE COMPANY,

        Defendant.

CIVIL ACTION
NO. 24-3248

**ORDER**

**Slomsky, J.**                                                                                                          **March 11, 2025**

**AND NOW**, this 11th day of March 2025, upon consideration of Defendant's Motion to Dismiss Count II of the Complaint (Doc. No. 5), Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss Count II of the Complaint (Doc. No. 7), and the Opinion of the Court issued this day, it is **ORDERED** that the Motion (Doc. No. 5) is **GRANTED**. Plaintiffs are granted leave to file an Amended Complaint, if they deem it appropriate, by March 25, 2025.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.